Submit this form by e-mail to:

CrimIntakeCourtDocs-LA@cacd.uscourts.gov  For Los Angeles criminal duty.
CrimIntakeCourtDocs-SA@cacd.uscourts.gov  For Santa Ana criminal duty.
CrimIntakeCourtDocs-RS@cacd.uscourts.gov  For Riverside criminal duty.

FILED
2025 JUN 27  AM 10: 22
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF
LOS ANGELES
MPV

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA  PLAINTIFF  V.  VASQUEZ  Sabrina  USMS#  DEFENDANT | CASE NUMBER: 2:25-mj-3970  REPORT COMMENCING CRIMINAL ACTION |

TO: CLERK'S OFFICE, U.S. DISTRICT COURT

All areas must be completed. Any area not applicable or unknown should indicate "N/A".

1. The defendant was arrested in this district on  6-25-25  at  9:00  [✓] AM  [ ] PM
   or
   The defendant was arrested in the _____ District of _____ on _____ at _____ [ ] AM [ ] PM

2. The above named defendant is currently hospitalized and cannot be transported to court for arraignment or any other preliminary proceeding:  [ ] Yes  [✓] No

3. Defendant is in U.S. Marshals Service lock-up (in this court building):  [ ] Yes  [✓] No

4. Charges under which defendant has been booked: Title: 21  USC: 841
   Distribution of Fentanyl

5. Offense charged is a:  [✓] Felony  [ ] Minor Offense  [ ] Petty Offense  [ ] Other Misdemeanor

6. Interpreter Required:  [✓] No  [ ] Yes  Language: _____

7. Year of Birth: 2000

8. Defendant has retained counsel:  [✓] No
   [ ] Yes  Name: _____  Phone Number: _____

9. Name of Pretrial Services Officer notified: _____

10. Remarks (if any): _____

11. Name: Carlos Duran  (please print)

12. Office Phone Number: 917-224-9352

13. Agency: DEA

14. Signature: *Carlos J. Duran*

15. Date: 6-25-25

CR-64 (09/20)     REPORT COMMENCING CRIMINAL ACTION